**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-01233-RM-KLM

MARTIN/MARTIN, INC., a Colorado corporation,

    Plaintiff,

vs.

KLING STUBBINS, INC., a Delaware corporation.

    Defendant.

___

**ORDER**
___

    Upon consideration of Plaintiff's Motion to Allow Martin/Martin to, Alternatively, File a $5,000 Surety Bond or a $5,000 Cash Deposit into the Registry of the Court (ECF No. 29), and finding sufficient cause, the motion is GRANTED. Plaintiff may either file a surety bond or, alternatively, post a cash deposit of a $5,000.00 into the Registry of the Court, by 4:00 p.m. on June 5, 2019 in lieu of the surety bond. If Plaintiff makes a cash deposit, it shall provide a copy of this Order to the clerk when it does so.

    SO ORDERED.

    DATED this 5th day of June, 2019.

                                     BY THE COURT:

                                     RAYMOND P. MOORE
                                     United States District Judge